UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CHRISTINA GAVIN,

                                                            Plaintiff,      **RULE 68**
                                                                               **OFFER OF JUDGMENT**
                    -against-

THE CITY OF NEW YORK, SERGEANT DAVID      13 CV 3407 (BMC)
GOLDSTEIN, shield # 1361, POLICE OFFICER NISSAN
CORNIBERT, tax # 942770, POLICE OFFICER
JUSTYNA SZYCHOWSKA, shield # 21116, POLICE
OFFICER CRISTINA BACHTHALER, shield # 28833,
POLICE OFFICER ERROL ROLLINS, shield # 18816,
POLICE OFFICER JATARA ISHMAEL, shield # 5653,

                                                         Defendants.
------------------------------------------------------------------ x

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants City of New York, Sgt. Goldstein, P.O. Cornibert, P.O. Szychowska, P.O. Bachthaler, P.O. Rollins, and P.O. Ishmael hereby offer to allow plaintiff Christina Gavin to take a judgment against the City of New York in this action for the total sum of Ten Thousand and One ($10,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiff's federal claims.

        This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants City of New York, Sgt. Goldstein, P.O. Cornibert, P.O. Szychowska, P.O. Bachthaler, P.O. Rollins, and P.O. Ishmael or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment may only be accepted up to and including October 20, 2013.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants City of New York, Sgt. Goldstein, P.O. Cornibert, P.O. Szychowska, P.O. Bachthaler, P.O. Rollins, and P.O. Ishmael; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff Christina Gavin agrees that payment of Ten Thousand and One ($10,001.00) Dollars within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part. If plaintiff Christina Gavin is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, plaintiff Christina Gavin agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26. Plaintiff Christina Gavin further agrees to hold harmless defendants City of New York, Sgt. Goldstein, P.O. Cornibert, P.O. Szychowska, P.O. Bachthaler, P.O. Rollins, and P.O. Ishmael, and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated:   New York, New York
         October 3, 2013

>               MICHAEL A. CARDOZO
>               Corporation Counsel of the
>                 City of New York
>               *Attorney for Defendants City of New York, Sgt.*
>               *Goldstein, P.O. Cornibert, P.O. Szychowska, P.O.*
>               *Bachthaler, P.O. Rollins, and P.O. Ishmael*
>               100 Church Street, Room 3-188
>               New York, New York 10007
>               (212) 356-2356
>
>        By    /s/ Richard Weingarten
>               Richard Weingarten
>               *Assistant Corporation Counsel*

To:   **BY MAIL AND EMAIL**
      Richard J. Cardinale, Esq.
      *Attorney for Plaintiff*
      26 Court Street, Suite 1815
      Brooklyn, NY 11242